IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON VERTZ AND ALANA POWERS<br><br><br>Defendants. | CASE NO: 1:21-CR-00054-DAD-BAM |

**FILED MAR 15 2021 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY DEPUTY CLERK**

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum ☐ Ad Testificandum

Name of Detainee: ALANA POWERS
Detained at: Central California Women's Facility

Detainee is:
- a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint charging detainee with: 18 USC 1349, 1028A(a)(1)
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☐ return to the custody of detaining facility upon termination of proceedings
- or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary by FORTHWITH*

Signature: /s/ Alexandre Dempsey
Printed Name & Phone No: Alexandre Dempsey, 559-353-0644
Attorney of Record for: United States

### WRIT OF HABEAS CORPUS

☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 3/15/21

Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

AKA(s) (if
Booking or CDC #: CDCR No. WF4403
Facility Address: 23370 Road 22, Chowchilla, CA 93610
Facility Phone: (559) 665-5531
Currently

☐ Male ☒ Female
DOB: 12/23/1984
Race: Caucasian
FBI#:

### RETURN OF SERVICE

Executed on: _____

(signature)